# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIR CHUKWU,<br><br>                     Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>                    Respondents. | Case No.: 24cv2269-BEN (DEB)<br><br>**ORDER DISMISSING AMENDED PETITION WITHOUT PREJUDICE** |

      On December 2, 2024, Petitioner Sir Chukwu, an immigration detainee housed at the Imperial Regional Detention Facility proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (*see* ECF No. 5), which was transferred to this Court from the Northern District of California on December 5, 2024. (*See* ECF Nos. 8-9.) On December 6, 2024, the Court dismissed the case without prejudice for failure to satisfy the filing fee requirement and directed Petitioner that if he wished to proceed with this habeas action, he must, no later than February 5, 2025, submit a copy of the Court's order along with either the $5.00 filing fee or adequate proof he cannot pay the fee. (ECF No. 6.)

      On December 16, 2024, Petitioner filed a completed civil complaint form which was docketed as an Amended Petition along with two documents, each entitled In Forma

Pauperis Petition for Writ of Habeas Corpus, which were docketed as a brief in support of the Amended Petition. (ECF Nos. 13-14.) However, Petitioner still has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. Again, a Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* 28 U.S.C. §§ 1914(a), 1915(a); S.D. Cal. CivLR 3.2, 4.5(b); *see also* R. 1(b), 3(a), Rules Governing Section 2254 Cases (2019).

Accordingly, the Amended Petition is **DISMISSED** without prejudice for failure to satisfy the filing fee requirement. Petitioner is again reminded that if he wishes to proceed with this habeas action, he must submit to the Court either: (1) the requisite $5.00 fee or (2) adequate proof he cannot pay the fee **no later than February 5, 2025**. *For Petitioner's convenience, the Clerk of Court shall attach to this Order, a blank application to proceed in forma pauperis.*

DATED: _12/20/2024_____          _____
                                     Hon. Roger T. Benitez
                                     United States District Judge